■ The People of the State of New York ex rel. Bernard Robinson, Appellant, v Warden, House of Detention for Men, Respondent.—Judgment, Supreme Court, New York County, entered on May 12, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. No opinion. Concur—Birns, J. P., Silverman, Evans, Lane and Yesawich, JJ.

■ The People of the State of New York, Respondent, v James Eure, Appellant.—Seven judgments, Supreme Court, New York County, each rendered on September 23, 1976, unanimously affirmed. Application by